JS-6   O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STEWART, | ) Case No. 2:24-cv-00006-DDP-KSx |
| Plaintiff, | ) **FINAL JUDGMENT ON MOTION** |
| v. | ) **FOR DEFAULT JUDGMENT** |
| WEDDING GRID LLC, | ) |
| Defendants. | ) |

**IT IS HEREBY ORDERED** that judgment shall be entered on Plaintiff's Complaint against Defendant in the total amount of $3,805.50. This calculation includes:

- Statutory damages in the amount of $2,835
- Costs: $487
- Attorneys' Fees: $483.50

**IT IS SO ORDERED.**

Dated: October 22, 2024

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE